# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ADAM SAMORA, <br><br> Defendant. | Case No. 2:07-mj-044-BNW <br><br> ORDER FOR DISMISSAL AND QUASHING WARRANT |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States for the District of Nevada hereby dismisses with prejudice complaint number 2:07-mj-044-BNW on Adam Samora and requests to quash any associated warrant.

DATED this  3rd  day of April, 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ Rachel Kent

RACHEL KENT
Special Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.
**IT IS SO ORDERED**

**DATED:** 6:48 pm, April 05, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**